Benjamin F. KENT, Claimant–Appellee,

v.

R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellant.

No. 2006–7279.

United States Court of Appeals, Federal Circuit.

July 3, 2007.

ON MOTION

*ORDER*

Upon consideration of the Secretary of Veterans Affairs' unopposed motion to dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.

SOP SERVICES, INC. and Bear Archery, Inc., Plaintiffs–Appellees,

v.

CUSTOM BOWS MANUFACTURING, INC. and High Country Archery, Inc., Defendants–Appellants.

No. 2007–1185.

United States Court of Appeals, Federal Circuit.

July 3, 2007.

ON MOTION

*ORDER*

Custom Bows Manufacturing, Inc. et al. move without opposition to voluntarily dismiss their appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.